UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-200-2FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COJUAN DEVON BOYD | ) | |

For good cause shown, the government's motion to seal its response to the Defendant's filings of August 18 and September 1, 2015, is hereby GRANTED.

SO ORDERED.

This the 1st day of ~~September,~~ October, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge